UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LUIS TRUJILLO,

Defendant.

**ORDER**

14 Cr. 652 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

In an April 3, 2023 letter, Defendant Trujillo requests early termination of his term of supervised release. The Government and the Probation Office are directed to respond to this request by **April 10, 2023**.

Dated: New York, New York
April 3, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge